DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SHARQUETTA TAMEKA TAYLOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1912
————————————————

November 19, 2025

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Clay W. Oberhausen, Office of Criminal Conflict & Civil Regional Counsel, Sarasota; and Keith Peterson, Special Assistant Public Defender, Law Offices of Peterson, P.A., Mulberry, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and SLEET and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.